

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00228-CV

**ULLJA KUNTZE,**

                                                                         **Appellant**

 **v.**

**SANDRA COWAN,**

                                                                         **Appellee**

**From the 335th District Court**
**Burleson County, Texas**
**Trial Court No. 26,129**

## O R D E R

Ullja Kuntze's "Motion for Stay Request for All Nine Appellate Cases" filed on

July 19, 2018 is denied.

PER CURIAM

Before Chief Justice Gray,
         Justice Davis, and
         Justice Scoggins
Motion denied
Order issued and filed August 29, 2018

